THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON CONTROLS, INC.,**<br><br>Defendant. | **CIVIL ACTION NO. 6:21-cv-00964-ADA**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Rothschild broadcast Distribution Systems, LLC ("Plaintiff" and/or "RBDS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Johnson Controls, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: December 2, 2021.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/Jay Johnson*
　　　　　　　　　　　　　　　　　　**JAY JOHNSON**
　　　　　　　　　　　　　　　　　　State Bar No. 24067322
　　　　　　　　　　　　　　　　　　**D. BRADLEY KIZZIA**
　　　　　　　　　　　　　　　　　　State Bar No. 11547550
　　　　　　　　　　　　　　　　　　**KIZZIA JOHNSON PLLC**
　　　　　　　　　　　　　　　　　　1910 Pacific Ave., Suite 13000
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　(214) 451-0164
　　　　　　　　　　　　　　　　　　Fax: (214) 451-0165
　　　　　　　　　　　　　　　　　　jay@kjpllc.com
　　　　　　　　　　　　　　　　　　bkizzia@kjpllc.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

　　I hereby certify that on December 2, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/Jay Johnson*
　　　　　　　　　　　　　　　　　　**JAY JOHNSON**